NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BAXTER INTERNATIONAL INC.,**

*Plaintiff-Appellant*

v.

**BECTON, DICKINSON AND COMPANY,**

*Defendant-Appellee*

_____

2022-2197

_____

Appeal from the United States District Court for the Northern District of Illinois in No. 1:17-cv-07576, Judge Joan H. Lefkow.

_____

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2     BAXTER INTERNATIONAL INC. v. BECTON, DICKINSON AND
COMPANY

(2)  Each side shall bear their own costs.

FOR THE COURT

December 27, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 27, 2023